# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. DILLON,<br>　　　Plaintiff(s),<br>v.<br>CORRECTION CORP OF AMERICA, et al.,<br>　　　Defendant(s). | Case No.: 2:20-cv-02319-APG-NJK<br>**Order**<br>[Docket No. 10] |

　　　Pending before the Court is Plaintiff's motion to extend the deadline to effectuate service. Docket No. 10.[1] The Court must extend the service deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See* Fed. R. Civ. P. 4(m). Plaintiff seeks additional time to effectuate service because his attempts at obtaining waivers of service have been unsuccessful to date. *See* Docket No. 10 at 2. Such explanation suffices for an extension. Accordingly, the motion to extend is **GRANTED** and the deadline to effectuate service is **EXTENDED** to June 21, 2021.

　　　IT IS SO ORDERED.

　　　Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] As Plaintiff is proceeding without an attorney, the Court construes his filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1