# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. DILLON, <br>     Plaintiff(s), <br> v. <br> CORRECTION CORPORATION OF AMERICA, et al., <br>     Defendant(s). | Case No. 2:20-cv-02319-APG-NJK <br><br> **Order** |

This case is ripe for issuance of a scheduling order. *See* Local Rule 26-1(a); *see also* Local Rule 16-6. Nonetheless, it is not clear whether Defendants are seeking a stay of discovery in this case given the pendency of their motion to dismiss. *See* Docket No. 20; *see also Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (reciting standards for request to stay discovery). Accordingly, to the extent Defendants seek a stay of discovery in this case, they must file a motion to stay discovery by July 9, 2021. If such motion is not filed by that date, the Court will issue a scheduling order pursuant to Local Rule 16-6.

IT IS SO ORDERED.

Dated: June 28, 2021

                                                                                  Nancy J. Koppe <br>
                                                                                  United States Magistrate Judge