**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT J. DILLON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CORRECTION CORPORATION OF AMERICA, et al.,<br><br>　　　Defendant(s). | Case No. 2:20-cv-02319-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 32] |

Pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 32. Defendants filed a response in opposition. Docket No. 34. No reply has been filed. The motion is properly decided without a hearing. *See* Local Rule 78-1.

A litigant does not have a constitutional right to appointed counsel to pursue civil rights claims. *See Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). The Court will appoint counsel for indigent civil litigants only in "exceptional circumstances." *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). When determining whether exceptional circumstances exist, the Court considers the plaintiff's likelihood of success on the merits and the plaintiff's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Id*. "Neither of these considerations is dispositive and instead must be viewed together." *Id*.

The Court finds that Plaintiff has a somewhat fair likelihood of success on the merits. As demonstrated by the order denying in part Defendants' motion to stay discovery, the undersigned is not convinced that Plaintiff will be unable to state a claim. On the other hand, Plaintiff has not shown an inability to articulate his claims sufficiently without an attorney. The issues in this case are not particularly complex. Moreover, Plaintiff's papers demonstrate his ability to provide cogent and well-articulated positions with respect to both the law and the facts. *See, e.g.*, Docket

1

No. 32.  In considering both Plaintiff's likelihood of success and Plaintiff's ability to conduct this litigation without an attorney, the Court concludes that he has not demonstrated that exceptional circumstances exist to warrant appointment of counsel.

Accordingly, Plaintiff's motion for appointment of counsel is hereby **DENIED**.

IT IS SO ORDERED.

Dated: August 6, 2021

_____

Nancy J. Koppe
United States Magistrate Judge

2