# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. DILLON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CORRECTION CORPORATION OF AMERICA, et al.,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-02319-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 40] |

　　　　Pending before the Court is Plaintiff's motion for copies. Docket No. 40. Plaintiff represents that he did not receive a copy of the Court's orders and notice at Docket Nos. 36, 37, and 38. Plaintiff also seeks a copy of the AO 85 form. For good cause shown, Plaintiff's motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to send Plaintiff copies of Docket Nos. 36, 37, and 38, as well as of the AO 85 form.

　　　　IT IS SO ORDERED.

　　　　Dated: September 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge