# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT DILLON,

    Plaintiff(s),

v.

CORRECTION CORP. OF AMERICA, et al.,

    Defendant(s).

Case No. 2:20-cv-02319-APG-NJK

**Order**

[Docket No. 39, 41]

Pending before the Court is Plaintiff's motion to join parties, as well as a motion to supplement that filing. Docket Nos. 39, 41. Defendants filed a response in opposition. Docket No. 43.

As the identified parties are already defendants in this case, it does not appear that Plaintiff is actually seeking to join new parties. *See* Docket No. 7 (complaint identifying Laurer, Rivas, and Smith as Defendants). It appears instead that Plaintiff is seeking relief with respect to his failure to serve these defendants.[1] So construed, there are at least two components missing from this request. First, the already-extended deadline to effectuate service expired on June 21, 2021, Docket No. 11, and no explanation has been provided to show that a further extension is warranted, *see* Fed. R. Civ. P. 4(m). Second, proper service is a requirement to afford Defendants due process under the law, *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314-15 (1950), and Plaintiff has not provided any meaningful explanation as to how the Court can simply discharge the requirement for service. Moreover, to the extent Plaintiff is asking the Court to itself effectuate service, *see* Docket No. 39 at 2 (Plaintiff "turns to the courts to see to it that Named defendants are served"), the Court declines to do so as it is neither the paralegal nor the attorney for Plaintiff,

---

[1] As Plaintiff is proceeding without an attorney, the Court construes his filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1

*see, e.g.*, *Gibbs v. Fey*, 2017 WL 8131473, at *3 (D. Nev. Nov. 14, 2017) (explaining that it is the responsibility of a pro se litigant, not the Court, to identify a method for accomplishing service).

Accordingly, the motion to supplement (Docket No. 41) is **GRANTED**, but the motion to join parties (Docket No. 39) is **DENIED** without prejudice. To the extent Plaintiff seeks relief with respect to unserved defendants, he must file a motion explaining why the deadline for service should be extended and must provide a basis for any other service-related relief he seeks.

IT IS SO ORDERED.

Dated: October 21, 2021

_____
Nancy J. Koppe
United States Magistrate Judge