# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DILLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>CORRECTION CORP. OF AMERICA, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-02319-APG-NJK<br><br>**Order**<br><br>[Docket No. 52] |

Pending before the Court is Defendants' motion to extend the dispositive motion deadline by two weeks.  Docket No. 52.  That motion to extend is **GRANTED** and the deadline for dispositive motions is **RESET** for December 20, 2021.

IT IS SO ORDERED.

Dated: December 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1