# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DILLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>CORRECTION CORP. OF AMERICA, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-02319-APG-NJK<br><br>**Order**<br><br>[Docket No. 55] |

Pending before the Court is a motion to vacate the dispositive motion deadline pending resolution of Defendants' motion to dismiss. Docket No. 55. For good cause shown, that motion to vacate is **GRANTED**. The dispositive motion deadline is hereby **VACATED** and dispositive motions will be due 30 days after resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated: December 20, 2021

                                                                           Nancy J. Koppe
United States Magistrate Judge