# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT J. DILLON,

    Plaintiff(s),

v.

CORRECTION CORPORATION OF AMERICA, et al.,

    Defendant(s).

Case No. 2:20-cv-02319-APG-NJK

**Order**

[Docket No. 48]

    Pending before the Court is Plaintiff's motion to "Admit Additional Discovery." Docket No. 48.[1] Defendants filed a response in opposition. Docket No. 51. No reply was filed. The Court does not require a hearing. *See* Local Rule 78-1.

    Although unclear, it appears that Plaintiff is seeking to lodge documents with the Court that he believes could undermine Defendants' expert. *See* Docket No. 48 at 3-4. The Court has already rejected this practice in this case:

> The Court's docket is not a repository for miscellaneous documents that a litigant believes may support his claims. To the extent Plaintiff has documents that he needs to share as discovery or initial disclosures, those must be served on the opposing party and not filed with the Court. Local Rule 26-7. To the extent Plaintiff has documents that may support a desire to amend the complaint, then he must file a proper motion for leave to amend. *See* Local Rule 15-1; *see also* Local Rule 7-2(g) (disallowing the filing of supplemental pleadings without leave of court). To the extent Plaintiff has documents that he believes support a matter at issue in motion practice, then the documents must be filed in briefing that motion practice. In short, Plaintiff is not permitted to file rogue "supplements" on the docket.

Docket No. 33 at 3 (granting motion to strike). Despite this clear directive, it appears that Plaintiff is continuing to engage in the same practice but has simply changed the name of the vehicle

---

[1] As Plaintiff is a prisoner proceeding without an attorney, the Court construes his filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

attempting to do so.  The Court concludes that, for the reasons already provided, the pending motion to "Admit Additional Discovery" is an improper attempt to use the docket as a repository for miscellaneous documents.

Accordingly, the motion to "Admit Additional Discovery" is **DENIED**.  Moreover, that motion and the exhibits thereto are **STRICKEN**.

IT IS SO ORDERED.

Dated: December 21, 2021

_____
Nancy J. Koppe
United States Magistrate Judge