# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT J. DILLON,

    Plaintiff

v.

CORRECTION CORPORATION OF
AMERICA, et al.,

    Defendants

Case No.: 2:20-cv-02319-APG-NJK

**Order**

Plaintiff Robert Dillon has not properly served defendants Correction Corporation of America, Nevada Southern Detention Center, assistant warden Laurer, Dr. David Rivas, Rebecca Smith, or Core Civic Inc. No summonses were issued for defendants Correction Corporation of America, Nevada Southern Detention Center, or Core Civic Inc. The time to serve these defendants has passed, and despite being invited to "file a motion explaining why the deadline for service should be extended," Dillon has not done so. ECF No. 44.

I THEREFORE ORDER that plaintiff Robert Dillon shall show cause why defendants Correction Corporation of America, Nevada Southern Detention Center, assistant warden Laurer, Dr. David Rivas, Rebecca Smith, or Core Civic Inc. should not be dismissed for failure to timely serve them. Failure to respond to this order by January 22, 2022 will result in dismissal of those claims without prejudice for failure to timely serve.

DATED this 22nd day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE