UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. DILLON,<br><br>    Plaintiff<br><br>v.<br><br>CORRECTION CORPORATION OF AMERICA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-02319-APG-NJK<br><br>**Order Denying Motion for Entry of Default**<br><br>[ECF No. 60] |

Plaintiff Robert Dillon moves for entry of default and default judgment against defendants Assistant Warden Pamela Laurer, Dr. David Rivas, and Rebecca Smith. ECF No. 60. Dillon did not properly serve those defendants with process, so entry of default against them is improper. In addition, I have dismissed all claims against those defendants by separate order entered today.

I THEREFORE ORDER that the plaintiff's motion for entry of default against defendants Assistant Warden Laurer, Dr. David Rivas, and Rebecca Smith **(ECF No. 60) is denied.**

DATED this 25th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE