# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT J. DILLON,

      Plaintiff(s),

v.

CORRECTION CORPORATION OF AMERICA, et al.,

      Defendant(s).

Case No. 2:20-cv-02319-APG-NJK

**Order**

[Docket No. 61]

Pending before the Court is Defendants' motion to strike a document Plaintiff filed purporting to oppose summary judgment. Docket No. 61; *see also* Docket No. 59 ("Declaration in Opposition to Defendants' Motion for Summary Judgment"). Defendants have not filed a motion for summary judgment. Any opposition to summary judgment must be filed *after* a motion for summary judgment has been filed. *See* Local Rule 7-2(b). Moreover, the Court has already stricken other rogue filings by Plaintiff in this case. *See, e.g.*, Docket No. 57 at 1-2. Given that Plaintiff's instant filing is likewise unnecessary, clutters the docket, risks complicating these proceedings, and furthers Plaintiff's history of improper filings, *cf.* Docket No. 33 at 3 (providing standards for striking), the motion to strike is **GRANTED** and the filing at Docket No. 59 is **STRICKEN**.

IT IS SO ORDERED.

Dated: February 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1