UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. DILLON,<br><br>    Plaintiff<br><br>v.<br><br>DAMON HININGER, et al.,<br><br>    Defendants | Case No.: 2:20-cv-02319-APG-NJK<br><br>**Order Dismissing Case** |

   On March 11, 2022, I ordered the parties to show cause in writing why this action should or should not be dismissed for lack of subject matter jurisdiction under 28 U.S.C. § 1332. ECF No. 69. I advised the parties that failure to do so by March 31, 2022 would result in dismissal of this case without prejudice to plaintiff Robert J. Dillon filing his state law claims in state court. *Id.* Neither party showed cause in writing as I ordered.

   I THEREFORE ORDER that this case is dismissed without prejudice to Dillon filing his state law claims in state court. Consistent with my prior order (ECF No. 69), the clerk of court is instructed to enter judgment in favor of defendants Damon Hininger, Bonnie Holley, Sapp, and Kutz, and against Dillon on Dillon's federal claims. The clerk of court is further instructed to close this case.

   DATED this 20th day of April, 2022.

                                             _____
                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE