**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT J. DILLON, | Case No.: 2:20-cv-02319-APG-NJK |
| Plaintiff | **Order** |
| v. | [ECF No. 75] |
| CORRECTION CORPORATION OF AMERICA, et al., | |
| Defendants | |

Robert Dillon intended to file a notice of appeal in this case, but filed it in a different case. *See* Case No. 2:20-cv-01436-ART-VCF, ECF No. 63 (which references documents filed in this case). Dillon now requests that his notice of appeal be filed in this case. ECF No. 75. I grant that request.

I THEREFORE ORDER that plaintiff Robert J. Dillon's motion **(ECF No. 75) is granted.** The clerk of the court shall file in this case the notice of appeal filed in Case No. 2:20-cv-01436-ART-VCF as ECF No. 63.

DATED this 4th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE