UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 01 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT J. DILLON,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>CORRECTION CORPORATION OF AMERICA; DAMON HININGER, CEO, Core Civic Inc.; NEVADA SOUTHERN DETENTION CENTER; LAURER, Mrs. Assistant Warden; DAVID RIVAS, Dr. Medical Doctor; BONNIE HOLLEY, Mrs. :H.S.A.; REBECCA SMITH, R.N.; SAPP, Mr ; Chief Unit Management; KUTZ, Mr; Unit Manager; CORE CIVIC INC,<br><br>   Defendants - Appellees. | No. 22-16152<br><br>D.C. No. 2:20-cv-02319-APG-NJK<br>U.S. District Court for Nevada, Las Vegas<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Mon., September 26, 2022**  Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Mon., October 24, 2022**  Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Aurielle Breanna Trapps
Deputy Clerk
Ninth Circuit Rule 27-7