UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT J. DILLON,

           Plaintiff - Appellant,

  v.

CORRECTION CORPORATION OF
AMERICA; et al.,

           Defendants - Appellees.

No. 22-16152

D.C. No. 2:20-cv-02319-APG-NJK
U.S. District Court for Nevada, Las
Vegas

**ORDER**

A review of the docket demonstrates that appellant has failed to respond to

the August 3, 2022 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to

prosecute.

This order served on the district court shall, 21 days after the date of the

order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7