**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert J. Dillon, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No.   2:20-cv-02319-APG-NJK |
| v. | ) |
| | ) USCA No.  22-16152 |
| Damon Hininger, et al., | ) |
| | ) |
| Defendants-Appellees, | ) |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on October 31, 2022, issued its judgment DISMISSING the appeal for failure to prosecute, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated: November 29, 2022          .

_____
ANDREW P. GORDON
District Judge, United States District Court

Page 1 of 1